## Joe WILLIAMS et al. v. UNITED STATES.

### No. 6149.

Circuit Court of Appeals, Sixth Circuit.

March 14, 1932.

Walter M. Haynes, of Winchester, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.